TIMMONS v. N.C. DEP'T OF TRANSP.

No. 470PA98

Case below: 130 N.C.App. 745

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 30 December 1998 for the limited purpose of remanding to the Court of Appeals for consideration in light of *Adams v. AVX Corporation*, 349 N.C. 676, —— S.E.2d ——, —— (1998).

TISE v. YATES CONSTR. CO.

No. 489P98

Case below: 131 N.C.App. 153

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998. Justice Wynn recused.

UNION CARBIDE CORP. v. OFFERMAN

No. 453PA98

Case below: 130 N.C.App. 761

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 30 December 1998 for the limited purpose of remanding to the Court of Appeals for reconsideration in light of *Polaroid Corp. v. Muriel Offerman*, 349 N.C. 290, —— S.E.2d ——, —— (1998). Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

WILCOX v. ZOELLER

No. 400P98

Case below: 130 N.C.App. 487

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

WILKERSON v. CARRIAGE PARK DEV. CORP.

No. 424P98

Case below: 130 N.C.App. 475

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.